UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MUSTAFA ABDULKAREEM HAMDAN,   CIVIL NO. 16-3138 (SRN/DTS)

    Petitioner,

v.   ORDER

LORETTA LYNCH, et al.,

    Respondents.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 17, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Mustafa Abdulkareem Hamdan's Petition for a Writ of Habeas Corpus [Doc. No. 1] is DENIED AS MOOT.

2. This action is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 12, 2017

                            s/Susan Richard Nelson
                            SUSAN RICHARD NELSON
                            United States District Judge